IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW NUNEZ,

    Plaintiff,

vs.                                                                                        Civ. No. 19-63 KG/LF

CORRECTIONAL PROPERTIES TRUST,
a Florida based real estate investment trust,
GEO CORRECTIONS AND DETENTION, LLC
a foreign limited liability company,
GREGG MARCANTEL, a former Secretary of
New Mexico Corrections Department,
RAYMOND SMITH, Warden of Lea County
Correctional Facility,
ROSE BOBCHACK, Director of Probation and Parole
Division of New Mexico Corrections Department,
JANE DOE, classifications officer for New Mexico
Corrections Department, and
JOHN DOE, classifications officer for the Lea County
Correctional Facility in their individual and official capacities,

    Defendants.

## ORDER DISMISSING DEFENDANT GREGG MARCANTEL

This matter comes before the Court upon its Order to Show Cause, filed June 5, 2019.

(Doc. 23). The Court ordered that

    1. within twenty days of the entry of this Order to Show Cause, Plaintiff must perfect service of process on Gregg Marcantel, or show good cause why service has not been perfected on Gregg Marcantel; and
    2. if Plaintiff fails to respond within the above allotted time, the Court will dismiss Plaintiff's claims against Gregg Marcantel without prejudice.

*Id.* at 2.

Plaintiff has failed to respond to the Order to Show Cause within the allotted time. The

docket sheet also does not indicate that Plaintiff served Gregg Marcantal as required by the

Order to Show Cause. Dismissal of Plaintiff's claims against Gregg Marcantel for failure to

comply with the Order to Show Cause and for failure to serve Gregg Marcantal pursuant to Fed. R. Civ. P. 4 is warranted.

THEREFORE, IT IS ORDERED that Plaintiff's claims against Gregg Marcantel are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE